**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: M.B., A MINOR | : | No. 299 MAL 2019 |
| | : | |
| | : | |
| PETITION OF: C.B., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: N.B., A MINOR | : | No. 300 MAL 2019 |
| | : | |
| | : | |
| PETITION OF: C.B., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: B.B., A MINOR | : | No. 301 MAL 2019 |
| | : | |
| | : | |
| PETITION OF: C.B., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 16th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.